

United States District Court
District of Montana
Billings, Montana 59103-0985

RECEIVED

2008 AUG 25 A 10: 49

FINANCIAL
DISCLOSURE OFFICE

CHAMBERS OF
**JACK D. SHANSTROM**
SENIOR U.S. DISTRICT JUDGE
POST OFFICE BOX 985
406-247-7011

August 18, 2008


COMMITTEE ON FINANCIAL DISCLOSURE
Administrative Office of
    the U.S. Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D. C.  20544


Attention: Ortrie D. Smith, Chair

                    Re:  2007 Financial Disclosure Report

Dear Mr. Smith:

I am in receipt of your July 21, 2008 letter concerning the
additional information required to close my 2007 Financial
Disclosure Report.  I apologize for the oversights.

The value code for each of the lines specified in your July 21,
2008 letter (page 1, line 1; page 2, lines 18, and 21-34, and page
3, lines 35-42) is "J" in that the value of each stock referred to
on those lines is under $15,000.00.

Please contact me if any additional information or clarification is
required.  Again, I apologize for the oversights on my original
report.

                                        Very truly yours,

                                        ██████████████████

JDS:ljb
encl. as stated
cc:  Clerk of Court
     District of Montana

AO-10 (WP)
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978,
(5 U.S.C. app. §§101-111)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| SHANSTROM, JACK D. | U.S. COURTS | 05/13/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>SENIOR STATUS | 5a. Report Type (check appropriate type)<br>___ Nomination, Date _____<br>___ Initial ___X Annual ___ Final | 6. Reporting Period<br>01/01/07 to<br>12/31/07 |
|---|---|---|
| | 5b. ___ Amended Report | |

| 7. Chambers or Office Address<br>P.O. Box 985<br>Billings, MT 59103-0985 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date_____ |
|---|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

[X] **NONE** (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

[X] **NONE** (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |

*(RECEIVED 2008 MAY 19 P 1:40 FINANCIAL DISCLOSURE OFFICE)*

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

### A. Filer's Non-Investment Income

[ ] **NONE** (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | INCOME |
|---|---|---|---|
| 1. | Self | Public Employees Retirement System | $ 50,749.68 |
| 2. | | | $ |
| 3. | | | $ |

### B. Spouse's Non-Investment Income – If you were married during any portion of the reporting year, please complete this section (dollar amount not required except for honoraria).

[ ] **NONE** (No reportable non-investment income.)

| | | |
|---|---|---|
| 1. | Spouse | Teacher's Retirement System |
| 2. | | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| SHANSROM, JACK D. | 05/13/2008 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

[X] **NONE** (No such reportable reimbursements.)

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PROVIDED OR PAID |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |
| 7. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

[X] **NONE** (No such reportable gifts.)

| | SOURCE | DESCRIPTION | |
|---|---|---|---|
| 1. | | | $ |
| 2. | | | $ |
| 3. | | | $ |
| 4. | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

[x] **NONE** (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

*Value Codes: J=$15,000 or less     K=$15,001-$50,000     L=$50,001-$100,000     M=$100,001-$250,000
N=$250,001-$500,000     O=$500,001-$1,000,000     P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000     P3=$25,000,001-50,000,000     P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| SHANSTROM, JACK D. | 05/13/2008 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 US Bancorp Del shares - self | A | div | J | T | Buy | 08/29/07 | | | |
| 2 Microsoft Corp. Shares - self | A | div | J | T | Buy | 08/29/07 | | | |
| 3 Microsoft Corp. Shares - self | A | div | | | Sold | 01/16/07 | J | A | |
| 4 Sandisk Corp. Shares - self | A | div | | | Buy | 12/18/06 | | | Previously omitted |
| 5 Sandisk Corp. Shares - self | | | | | Sold | 02/20/07 | J | | |
| 6 Pfizer Shares - self | A | div | J | T | Buy | 11/07/05 | | | Previously omitted |
| 7 Pfizer Shares - self | | | | | Transferred | 10/31/06 | | | To ▮▮▮ in 2006 |
| 8 Ambase Corp. Stock - self - IRA | A | div | J | T | | | | | |
| 9 Costco shares - self - IRA | A | div | J | T | | | | | |
| 10 Siti-Sites shares - self - IRA | A | div | J | T | | | | | |
| 11 AT&T stock - self - IRA | A | div | J | T | | | | | |
| 12 Wal-Mart stock - self - IRA | | | | | Transferred | 10/31/06 | | | To ▮▮▮ in 2006 |
| 13 Five Star Quality stock-self-IRA | A | div | J | T | | | | | |
| 14 Dow Chemical stock-▮▮▮ | A | div | J | T | Buy | 09/02/05 | | | Previously omitted |
| 15 Dow Chemical stock -▮▮▮ | A | div | | | Sold | 02/20/07 | J | | |
| 16 Pfizer stock -▮▮▮ | | | | | Partial sale | 01/05/07 | J | A | See line 7 above |
| 17 Target stock -▮▮▮ | A | div | J | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| SHANSTROM, JACK D. | 05/13/2008 |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 18 SIRI stock - ▇ | A | div | J | T | Buy | 09/12/07 | | | |
| 19 Touch America stock- ▇ | A | div | J | T | | | | | |
| 20 Wal-Mart stock - ▇ | A | div | J | T | | | | | |
| 21 3M stock - ▇ | A | div | J | T | Buy | 11/07/07 | | | |
| 22 Gannett stock - ▇ | A | div | J | T | Buy | 10/16/07 | | | |
| 23 Home Depot stock - ▇ | A | div | J | T | Buy | 10/16/07 | | | |
| 24 Lowes stock - ▇ | A | div | J | T | Buy | 10/26/07 | | | |
| 25 Avon stock - ▇ | A | div | J | T | Buy | 10/16/07 | | | |
| 26 Kimberly Clarke stock - ▇ | A | div | J | T | Buy | 11/13/07 | | | |
| 27 Sara Lee stock - ▇ | A | div | J | T | Buy | 10/16/07 | | | |
| 28 Amgen Stock - ▇ | A | div | J | T | Buy | 10/26/07 | | | |
| 29 AstraZeneca stock - ▇ | A | div | J | T | Buy | 10/23/07 | | | |
| 30 GlaxoSmithKline - ▇ | A | div | J | T | Buy | 11/13/07 | | | |
| 31 Johnson & Johnson - ▇ | A | div | J | T | Buy | 11/12/07 | | | |
| 32 Eli Lilly - ▇ | A | div | J | T | Buy | 11/13/07 | | | |
| 33 Pfizer stock - ▇ | A | div | J | T | Boy | 10/16/07 | | | Different than line 16 stock |
| 34 Wyeth - ▇ | A | div | J | T | Buy | 12/17/07 | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 35 Bank of America - ▮ | A | div | J | T | Buy | 10/26/07 | | | |
| 36 Citigroup - ▮ | A | div | J | T | Buy | 11/26/07 | | | |
| 37 MBIA - ▮ | A | div | J | T | Buy | 11/13/07 | | | |
| 38 US Bancorp - ▮ | A | div | J | T | Buy | 10/16/07 | | | |
| 39 Wachovia - ▮ | A | div | J | T | Buy | 10/23/07 | | | |
| 40 Washington Mutual - ▮ | A | div | J | T | Buy | 10/16/07 | | | |
| 41 Wells Fargo - ▮ | A | div | J | T | Buy | 10/16/07 | | | |
| 42 Wal Mart stock - ▮ | A | div | J | T | Buy | 10/26/07 | | | Different than line 20 stock |
| 43 Ambase Corp. - ▮ - IRA | A | div | J | T | | | | | |
| 44 Costco stock - ▮ - IRA | A | div | J | T | | | | | |
| 45 Siti-Sites stock - ▮ - IRA | A | div | J | T | | | | | |
| 46 Motorola stock - ▮ - IRA | A | div | J | T | | | | | |
| 47 GE stock - ▮ - IRA | A | div | J | T | | | | | |
| 48 Hewlett Packard stock - ▮ - IRA | A | div | J | T | | | | | |
| 49 Hewlett Packard stock - ▮ - IRA | | | | | Partial sale | 01/16/07 | A | D | |
| 50 Five Star Quality stock - ▮ -IRA | A | div | J | T | | | | | |
| 51 STSA stock - ▮ - IRA | A | div | J | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| SHANSTROM, JACK D. | 05/13/2008 |

## VII. Page 4 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 52 Visteon Corp. Stock - ███ -IRA | A | div | J | T | | | | | |
| 53 | | | | | | | | | |
| 54 | | | | | | | | | |
| 55 | | | | | | | | | |
| 56 | | | | | | | | | |
| 57 | | | | | | | | | |
| 58 | | | | | | | | | |
| 59 | | | | | | | | | |
| 60 | | | | | | | | | |
| 61 | | | | | | | | | |
| 62 | | | | | | | | | |
| 63 | | | | | | | | | |
| 64 | | | | | | | | | |
| 65 | | | | | | | | | |
| 66 | | | | | | | | | |
| 67 | | | | | | | | | |
| 68 | | | | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signat

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

---

**FILING INSTRUCTIONS:**

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544